UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40791
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                        versus

ANN WYATT,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Texas
(1:94-CR-12-4)
_____

May 14, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Appellant appeals her guilty-plea conviction for conspiracy to distribute and possess with intent to distribute five or more kilograms of cocaine.  She contends that her guilty plea was not knowingly and voluntarily entered.  We affirm the judgment of the district court.

        The record indicates that the district court fully advised

_____

[*]        Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appellant of the nature of the conspiracy charge and the consequences of pleading guilty to the offense. Fed. R. Crim. P. 11(c); see United States v. Johnson, 1 F.3d 296, 299-302 (5th Cir. 1993). Although Wyatt initially appeared confused concerning her involvement in the offense, she subsequently admitted that the facts presented by the Government were true, that she intentionally participated in the conspiracy offense, and that she was pleading guilty because she actually was guilty of the conspiracy offense. The district court carefully questioned Wyatt concerning her involvement in the offense, and Wyatt admitted she intentionally participated in the conspiracy. A defendant's solemn declarations in open court carry a strong presumption of truth. See Blackledge v. Allison, 431 U.S. 63, 74, 97 S. Ct. 1621, 1629, 52 L. Ed.2d 136 (1977). Because the record indicates that Wyatt's guilty plea was knowingly and voluntarily entered, Wyatt's conviction is AFFIRMED.